# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE # CV06-149-C-EJL** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO CONTINUE TRIAL** |
| **NORTON W. R. BLACKEAGLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court in the above entitled matter is Norton W. R. Blackeagle's Motion to Continue. Defendant's counsel stated that a continuance is warranted because the need for further investigation, assessment of potential defenses and to prepare for trial since counsel has recently been appointed as counsel in this case. The Defendant requests a continuance of 45 to 60 days from the current trial date of October 10, 2006. The Government does not oppose the request.

The Court has reviewed the record in this case and finds that good cause exists to grant the continuance. In light of the representations made by counsel, the Court finds that without this continuance the Defendant would be prejudiced and the ability to properly prepare for trial would be impaired. Failure to grant a continuance under these circumstances would result in the miscarriage of justice. The ends of justice would be served by the granting of the motion for continuance. The ends of justice outweigh the best interests of the public having the matter brought to trial sooner. 18 U.S.C. 3161 (h)(8)(B)(iv). For these reasons, the Court finds the Motion to Continue the trial (Dkt. No. 17) should be **GRANTED**. The trial set for October 10, 2006, is VACATED and is rescheduled to Tuesday, December 12, 2006 at 9:30 a.m. in Coeur d'Alene, Idaho.

Any and all period of delay resulting from the granting of this continuance, from the date of the filing of defendant's motion until the date of the rescheduled trial, shall be excludable time pursuant to 18 U.S. C. § 3161(h)(8)(B)(iv).



DATED: **September 7, 2006**

Honorable Edward J. Lodge
U. S. District Judge

ORDER TO CONTINUE TRIAL -3-